UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
HATTIE SPENCER; NANCY COLE; LINDA          :
GOLD; CHARLES LEATHERBURY; JANICE          :
MONROE; TAMRA D. STEWARD; DOUGLAS          :
GREENFIELD; THERESA RUSSELL; NANCY         :
ANDERSON; LAURA BATES,                     :
                                           :
       Plaintiffs                          :   Civil Action
v.                                         :   No. 04-11155-GAO
                                           :
INDEVUS PHARMACEUTICALS, INC., F/K/A       :
INTERNEURON PHARMACEUTICALS, INC.;         :
WYETH, INC., F/K/A AMERICAN HOME           :
PRODUCTS CORPORATION; WYETH                :
PHARMACEUTICALS, INC F/K/A WYETH-          :
AYERST PHARMACEUTICALS, INC., A            :
DIVISION OF AMERICAN HOME PRODUCTS         :
CORPORATION; AND BOEHRINGER                :
INGELHEIM PHARMACEUTICALS, INC.,           :
                                           :
       Defendants                          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT BOEHRINGER INGELHEIM PHARMACEUTICALS, INC.**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, defendant Boehringer Ingelheim Pharmaceuticals, Inc. hereby submits the following corporate disclosure statement: The ultimate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is C.H. Boehringer Sohn. The immediate parent company of Boehringer Ingelheim Pharmaceuticals, Inc. is Boehringer Ingelheim Corporation, which is a subsidiary of C.H. Boehringer Sohn. No publicly held corporation owns 10% or more of the stock of Boehringer Ingelheim Pharmaceuticals, Inc.

| | |
|---|---|
| Dated: June 25, 2004<br>Boston, Massachusetts | Respectfully submitted,<br><br>/s/Matthew J. Matule<br>Matthew J. Matule (BBO #632075)<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP |
| Of Counsel:<br>Barbara Wrubel<br>Katherine Armstrong<br>SKADDEN, ARPS, SLATE,<br>  MEAGHER & FLOM LLP<br>Four Times Square<br>New York, NY 10036<br>(212) 735-3000 | One Beacon Street<br>Boston, Massachusetts 02108<br>(617) 573-4800<br><br><br>Counsel for Defendant<br>Boehringer Ingelheim Pharmaceuticals, Inc. |